ACCEPTED
03-15-00513-CV
7332348
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 2:26:43 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00513-CV

In The Court Of Appeals

Third Court Of Appeals District

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 2:26:43 PM
JEFFREY D. KYLE
Clerk

ELWYN D. SHUMWAY,

APPELLANT

VS.

WHISPERING HILLS OF COMAL COUNTY, TEXAS

PROPERTY OWNERS ASSOCIATION, INC.,

APPELLEE

Appeal from Case No. C2015-0215A; In the District Court 22nd Judicial District, Comal County, Texas, Hon. Dibrell Waldrip, Presiding

## FIRST MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

ZACHARY B. AOKI
State Bar No. 01275870
MICHAEL B. THURMAN
State Bar No. 20006500
THURMAN & PHILLIPS, P.C.
4093 De Zavala Road
Shavano Park, Texas 78249
Telephone:  (210) 341-2020
Facsimile:  (210) 344-6460

*Counsel for Appellee,*
*WHISPERING HILLS OF COMAL COUNTY,*
*TEXAS PROPERTY OWNERS ASSOCIATION, INC.*

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6 (d), the Appellee, Whispering Hills of Comal County, Texas Property Owners Association, Inc., files this Unopposed First Motion to Extend Time to File Appellee's Brief.

Appellee's opening brief is currently due on October 26, 2015.

Counsel for Appellee requests a 30-day extension of time to file its brief, making the brief due on November 25, 2015. This is the first request for extension of time to file.

Counsel for Appellee relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

Counsel for Appellee has primary responsibility on three non-jury lawsuits, which are scheduled for trials on October 13, 16, and 26.

Counsel for Appellant/Appellee seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with the opposing party, and he has indicated that he does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore, no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this Court grant this Unopposed First Motion to Extend Time to File Appellee's Brief and extend the Deadline for Filing the Appellee's Brief, up to and including November 25, 2015, and all other relief to which it may be entitled.

Respectfully submitted,

/ s/ Zachary Aoki

**ZACHARY B. AOKI**
State Bar No. 01275870
zaoki@thurman-phillips.com
**THURMAN & PHILLIPS, P.C.**
4093 De Zavala Road
Shavano Park, Texas 78249
Telephone: (210) 341-2020
Facsimile: (210) 344-6460

*Counsel for Appellee,*
*WHISPERING HILLS OF COMAL COUNTY,*
*TEXAS PROPERTY ASSOCIATION, INC.*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellant regarding this motion and that Appellant is not opposed to this motion.

/ s/ Zachary Aoki_____
Zachary Aoki

## CERTIFICATE OF SERVICE

I certify that on October 12, 2015, I electronically mailed a copy of this motion to Appellant.


/ s/ Zachary Aoki_____
Zachary Aoki